ACCEPTED
08-21-00044-CV
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
3/17/2021 9:12 AM
ELIZABETH G. FLORES
CLERK

## No. 08-21-00044-CV

In The

# COURT OF APPEALS

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
3/17/2021 9:12:02 AM
ELIZABETH G. FLORES
Clerk

### EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

**EVELYN GARZA, INDIVIDUALLY, AND ON BEHALF OF RUBEN ROBERTO GARZA, DECEASED, MALORIE ELISSA GARZA, VALERIE MARIE GARZA, AND ALICE HERNANDEZ GARZA,**

*Appellants,*

v.

**RDL ENERGY SERVICES, LLC AND JPH HOLDINGS, LLC,**

*Appellees.*

On Appeal from 112th District Court
Crockett County, Texas
Trial Court Cause No. 19-02-07955-CV

### NOTICE OF APPEARANCE OF COUNSEL
### FOR APPELLEE, JPH HOLDINGS, LLC

TAKE NOTICE that Andrew L. Johnson is appearing in this appeal as appellate counsel for Appellee, JPH Holdings, LLC and respectfully requests that the Court of Appeals and all counsel/parties please add the following contact information to all notices, filings, correspondence, and services:

Andrew L. Johnson
THOMPSON, COE, COUSINS & IRONS, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8205
Facsimile: (713) 403-8299
ajohnson@thompsoncoe.com


Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: */s/ Andrew L. Johnson*
Andrew L. Johnson
Texas State Bar No. 24060025
William R. Moye
State Bar No. 24027553
Molly L. Pela
State Bar No. 24046606
One Riverway, Suite 1400
Houston, TX 77056
Telephone: (713) 403-8205
Telecopy: (713) 403-8299
ajohnson@thompsoncoe.com
wmoye@thompsoncoe.com
mpela@thompsoncoe.com

**COUNSEL FOR APPELLEE, JPH HOLDINGS, LLC**

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was sent pursuant to the Rules on March 17, 2021, to all counsel and/or parties in this appeal.

*/s/ Andrew L. Johnson*
ANDREW L. JOHNSON

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Laura Estrada on behalf of Andrew Johnson
Bar No. 24060025
lestrada@thompsoncoe.com
Envelope ID: 51549380
Status as of 3/17/2021 9:23 AM MST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Andrew Johnson | | ajohnson@thompsoncoe.com | 3/17/2021 9:12:02 AM | SENT |
| William Moye | | wmoye.service@thompsoncoe.com | 3/17/2021 9:12:02 AM | SENT |
| William R.Moye | | WMoye@thompsoncoe.com | 3/17/2021 9:12:02 AM | SENT |
| Molly L.Pela | | MPela@thompsoncoe.com | 3/17/2021 9:12:02 AM | SENT |
| Ronald E. Mendoza | 13937700 | rmendoza@lawdcm.com | 3/17/2021 9:12:02 AM | SENT |
| Stephen Ballantyne | 24053759 | patrick@lahoodnorton.com | 3/17/2021 9:12:02 AM | SENT |
| Andrew Petersen | 24059226 | apetersen@hartlinebarger.com | 3/17/2021 9:12:02 AM | SENT |